UNITED STATES of America v. Angelo E. MATTEI, Appellant.

No. 11032.

United States Court of Appeals Third Circuit.

Argued June 11, 1953.

Decided June 29, 1953.

A. E. Mattei, pro se.

Joseph G. Hildenberger, Charles H. Greenberg, Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and STALEY and HASTIE, Circuit Judges.

PER CURIAM.

The questions raised by the appellant are so frivolous as not to require discussion. The judgment of the court below will be affirmed.